FILED ___ ENTERED
___ LODGED ___ RECEIVED

DEC 14 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOEL ALVARADO-CAMACHO,         )
                               )   CASE NO. C12-1225-JLR
           Petitioner,         )
                               )
     v.                        )   ORDER OF DISMISSAL
                               )
ICE FIELD OFFICE DIRECTOR,     )
                               )
           Respondent.         )
_____)

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. 4) is DENIED, respondent's motion to dismiss (Dkt. 10) is GRANTED, and this action is DISMISSED with prejudice; and

//

//

12-CV-01225-ORD

ORDER OF DISMISSAL
PAGE -1

01    (3)  The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02    DATED this 14th day of December, 2012.

03
04                                             /s/ James L. Robart
                                               JAMES L. ROBART
                                               United States District Judge

ORDER OF DISMISSAL
PAGE -2