```
           FILED        ENTERED
           LODGED       RECEIVED

           DEC 14 2012
              AT SEATTLE
        CLERK U.S. DISTRICT COURT
      WESTERN DISTRICT OF WASHINGTON
   BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL ALVARADO-CAMACHO, | ) |
| | ) CASE NO. C12-1225-JLR |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| ICE FIELD OFFICE DIRECTOR, | ) |
| | ) |
| Respondent. | ) |

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's motion to dismiss, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. 4) is DENIED, respondent's motion to dismiss (Dkt. 10) is GRANTED, and this action is DISMISSED with prejudice; and

//

//

12-CV-01225-ORD

ORDER OF DISMISSAL
PAGE -1

01    (3) The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02    DATED this 14th day of December, 2012.

                                               JAMES L. ROBART
                                               United States District Judge

ORDER OF DISMISSAL
PAGE -2